Timothy F. Umbreit   SBN 145932
4701 Cartwright Ave
Toluca Lake, CA 91602

818-535-7381(v)
818-334-5659 (f)

tim@timumbreit.com

*Attorney for: Dante Gumiran*

FILED & ENTERED

MAR 12 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY briggs    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DANTE GUMIRAN<br><br>        Debtor<br><br>MARIA DE LOS ANGELES AURORA GOMEZ, et al<br><br>        Plaintiffs<br>vs.<br><br>DANTE GUMIRAN<br>        Defendant | Case No.: 1:12-BK-16523-VK<br><br>Chapter 7<br><br>Adv. No. 1:12-ap-01375-VK<br><br>The Honorable, Victoria S. Kaufman, Judge<br><br>ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>Date: March 6, 2013<br>Time: 2:30 p.m.<br>Crtrm: 301 |

The Defendant's Motion to Dismiss Adversary Complaint (Doc #5) having come before the Court for a hearing on March 6, 2013 at 2:30 p.m., counsel for the parties were present and after arguments were heard, the Court adopted its tentative as follows:

The Motion is

    GRANTED WITH LEAVE TO AMEND.

The defendant's purported involvement in a conspiracy is the only basis for the plaintiffs' claims against the defendant. However, as concerns the defendant, the plaintiffs' conspiracy claims are insufficiently plead. Moreover, the plaintiffs' conspiracy claims, as set forth in the complaint, do not provide a sufficient basis for any debt of the defendant to be nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(B), (a)(4) or (a)(6).

With respect to the 11 U.S.C. § 727 claims, the section 727 claims are sufficiently plead. However, the plaintiffs lack standing, because the allegations in the complaint do not sufficiently support the defendant's liability to the plaintiffs as a co-conspirator. Consequently, the plaintiffs have not alleged a sufficient basis to have standing as creditors, which is required for them to assert claims against the defendant based on section 727.

Plaintiffs must file any amended complaint on or before **March 27, 2013**.

The Status Conference is continued to **May 1, 2013** at 1:30 p.m.

###

Date: March 12, 2013

Victoria S. Kaufman
United States Bankruptcy Judge

Order Granting Motion to Dismiss    2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) March 6, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Thomas K Bourke , talltom2@aol.com
- Austin S Haigh austin.haigh@gmail.com, legalassistant@bourkelaw.com
- Timothy F Umbreit tim@timumbreit.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Nancy J Zamora (TR) zamora3@aol.com, nzamora@ecf.epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ›ntered stamp, the party lodging the judgment or order will serve a complete copy bearing an ›ntered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page