1  Timothy F. Umbreit   SBN 145932
2  4701 Cartwright Ave
   Toluca Lake, CA 91602
3
   818-535-7381(v)
4  818-334-5659 (f)

5  tim@timumbreit.com

6  *Attorney for: Dante Gumiran*

**FILED & ENTERED**

**AUG 01 2013**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK**

7           UNITED STATES BANKRUPTCY COURT
8           CENTRAL DISTRICT OF CALIFORNIA
            SAN FERNANDO VALLEY DIVISION

9
10  In re:                                )
                                          )
11  DANTE GUMIRAN                         )   Case No.: 1:12-BK-16523-VK
                                          )
12         Debtor                         )   Chapter 7
                                          )
13  _____       )   Adv. No. 1:12-ap-01375-VK
                                          )
14  MARIA DE LOS ANGELES AURORA            )
    GOMEZ, et al                          )   ORDER DENYING DEFENDANT'S
15         Plaintiffs                     )   MOTION FOR SANCTIONS AND
                                          )   DENYING PLAINTIFF'S REQUEST FOR
16  vs.                                   )   SANCTIONS
                                          )
17  DANTE GUMIRAN                         )   Hearing Date:   July 17, 2013
           Defendant                      )        Time:     2:30 p.m.
18                                        )        Crtrm:    301
                                          )
19  _____       )

20

21  On July 17, 2013, this case was called for hearing on Defendant's Motion for Sanctions (Doc 31)

22  and Plaintiffs' Request for Attorney's Fees in their Opposition to Motion for Sanctions (Doc 35);

23  Timothy F. Umbreit, attorney for the Defendant and Thomas K. Bourke, attorney for the

24  Plaintiffs were present in Court; arguments of counsel were heard and considered, it is

25

Order Denying Motions for Sanctions                              1

ORDERED, that Defendant's Motion for Sanctions (Doc 31) be and is hereby DENIED; and it is further

ORDERED, that Plaintiffs' Request for Attorney's Fees in their Opposition to Motion for Sanctions (Doc 35) be and is hereby DENIED.

###

Date: August 1, 2013

Victoria S. Kaufman
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS AND DENYING PLAINTIFF'S REQUEST FOR SANCTIONS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) July 9, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

TallTom2@aol.com (Atty);
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Timothy F. Umbreit (Atty) tim@timumbreit.com
Nancy J Zamora (TR) zamora3@aol.com, nzamora@ecf.epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Dante Cabading Gumiran
14770 Hagar St
Mission Hills, CA 91345

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page