Law Office of Thomas K. Bourke
Thomas K. Bourke (SBN No. 56333)
601 West Fifth Street, 8th Floor
Los Angeles, CA  90071
Email: Talltom2@aol.com
Tel: (213) 623-1092
Fax: (213) 623-5325

Attorneys for Plaintiffs

FILED & ENTERED

NOV 20 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Briggs    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNI A
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.    1:12-bk-16523-VL |
| DANTE GUMIRAN | Chapter 7 |
| Debtor, | Adv. No.:    1:12-ap-01375-VK |
| MARIA DE LOS ANGELES AURORA GOMEZ, et al., | **ORDER GRANTING MOTION FOR ORDER APPROVING VOLUNTARY DISMISAL OF ADVERSARY COMPLAINT UPON SETTLEMENT** |
| Plaintiffs, | |
| vs. | No Hearing Required |
| DANTE GUMIRAN | Honorable Victoria S. Kaufman |
| Defendant. | |

//
//
//
//
//
//

1
NOTICE OF ENTERED ORDER AND SERVICE LIST

# ~~ORDER~~

GOOD CAUSE APPEARING, ~~the Court orders~~ *it is hereby*

*ORDERED,* that Plaintiffs' Motion for Order Approving Voluntary Dismissal of Adversary Complaint Upon Settlement *[docket #49 & 50]* ~~be~~ *is* granted ~~and entered~~ without a hearing on the motion.

###

Date: November 20, 2013

Victoria S. Kaufman
United States Bankruptcy Judge

2
NOTICE OF ENTERED ORDER AND SERVICE LIST

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING MOTION FOR ORDER APPROVING VOLUNTARY DISMISAL OF ADVERSARY COMPLAINT UPON SETTLEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) 11/15/2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Tim Umbreit, Esq. (tim@timumbreit.com (Defendant Dante Gumiran)
Unites States Trustee (SV ustpregion16.wh.ecf@usdoj.gov
Nancy J. Zamore (TR) zamora3@aolcom; nzamora@ecf.epiqsystems.com

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Debtor: Dante Cabading Gumiran, 14770 Hagar Street, Mission Hills,CA  91345

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page